**ERESEARCHTECHNOLOGY, INC., Plaintiff-Appellant**

v.

**CRF, INC., DBA CRF Health, Defendant-Appellee**

**2016-2281**

United States Court of Appeals, Federal Circuit.

March 17, 2017

Edward Poplawski, Wilson, Sonsini, Goodrich & Rosati, P.C., Los Angeles, CA, argued for plaintiff-appellant. Also represented by Olivia M. Kim; Adam William Burrowbridge, Washington, DC.

John C. Thomas, III, Beck & Thomas, PC, Pittsburgh, PA, argued for defendant-appellee. Also represented by Richard T. Ting.

(Prost, Chief Judge, Bryson and Wallach, Circuit Judges).

**JUDGMENT**

PER CURIAM

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**